NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SKYPE TECHNOLOGIES SA AND SKYPE, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 945

---

On Petition for Writ of Mandamus to the United States District Court for the District of New Jersey in case no. 2:06-CV-2469, Judge Katherine Sweeny Hayden.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

### ORDER

Skype Technologies SA and Skype, Inc. submit a petition for a writ of mandamus to direct the United States District Court for the District of New Jersey to vacate its orders granting Net2Phone's motion to transfer this case to the United States District Court for the Western District of Arkansas.

Upon consideration thereof,

IT IS ORDERED THAT:

Net2Phone is directed to respond no later than July 16, 2010.

FOR THE COURT

JUN 3 0 2010
—————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2010

JAN HORBALY
CLERK

cc: Morgan Chu, Esq.
Maria A. Savio, Esq.
Clerk, United States District Court for the District Of New Jersey

s19